IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

CR321-0008

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846 |
| | ) | Conspiracy to Possess with |
| DAVID ALEX MONROE, | ) | Intent to Distribute and to |
| JORGE HERNANDEZ-PENA, | ) | Distribute Methamphetamine |
| FREDI RAMIREZ-GARCIA, | ) | |
| CHRISTOPHER FORBES, | ) | 21 U.S.C. § 841(a)(1) |
| ROBIN EBERLING, | ) | Possession with Intent to |
| DAVID KATES, | ) | Distribute Methamphetamine |
| CARL DAVIS, | ) | |
| WANDA PHILLIPS, | ) | 21 U.S.C. § 841(a)(1) |
| TIMOTHY BRACEWELL, | ) | Distribution of |
| JORDAN GOOCH, | ) | Methamphetamine |
| ERICA BROWN, | ) | |
| ROSARIO CORTES-LOCENZO, | ) | 18 U.S.C. § 922(g) |
| BROOKE SKIPPER, | ) | Possession of Firearm by |
| CHRIS HORNE, | ) | Prohibited Person |
| CODY ARGO, | ) | |
| FREDERICK PERRY, JR., | ) | 18 U.S.C. § 922(o) |
| JEREMI KOLE PULLEN, | ) | Illegal Possession of a Machine |
| JOSHUA KILLINGSWORTH, | ) | Gun |
| THOMAS KING, | ) | |
| STEPHEN LARSEN, | ) | 26 U.S.C. § 5861(d) |
| GARY MOORE, | ) | Possession of an Unregistered |
| ROBERT ANTHONY JUSTICE, | ) | Firearm |
| JOSHUA BROWN, | ) | |
| JOSEPH GRUBBS, | ) | 18 U.S.C. § 924(c) |
| HOWARD JOHNSON, | ) | Possession of a Firearm in |
| DESAREE MIDYETTE, | ) | Furtherance of Drug |
| ALEXIS WEINHOLD, | ) | Trafficking Crime |
| JUSTIN HOBBS, | ) | |
| MARANDA STROUD, and | ) | 21 U.S.C. § 843 |
| BRANDIE GRIZZARD | ) | Use of Communication Facility |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | Forfeiture Allegation |

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the indictment issued in this case, the Government's motion, and this order be SEALED until such time as the first of Defendants initially appears for an initial appearance following arrest, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

SO ORDERED this 9th day of June 2021.

_____
United States Magistrate Judge
Southern District of Georgia